UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:15-CR-00049-TBR

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

KENYATTA TYRONE JAMES                                                 DEFENDANT

**Memorandum Opinion and Order**

Defendant Kenyatta James has filed a *pro se* motion to replace his "co-counsel" Paul J. Neel, Jr. [DN 169.]

The Federal Public Defender was originally appointed to represent James. The Federal Defender discovered he had a conflict of interest, and was replaced by Khalid Kahloon. Despite Mr. Kahloon's appointment, James began filing *pro se* pleadings. In addition, James moved to cease his representation by counsel and to represent himself *pro se*, alleging that his counsel was ineffective. [DN 18.] Before a ruling upon that motion, James filed numerous other *pro se* motions.

The Court held a hearing on James' motion to proceed *pro se*, and found no evidence that Mr. Kahloon was ineffective in his representation of James. Nevertheless, the Court appointed Paul Neel, Jr. as standby counsel, and allowed James to proceed *pro se*. The Court set this matter for trial on several occasions, but at each instance, the case was continued at James' request. James continues to file a multitude of *pro se* motions. The Court held two suppression hearings, on October 17 and December 16, 2016, respectively. This matter is now set for trial on January 30, 2017, as it has been since October 21, 2016.

James, *pro se*, now moves to replace Mr. Neel as co-counsel. While James refers to Mr. Neel as his co-counsel, in essence, Mr. Neel has served in the role of James' standby counsel, from whom James has often sought advice – following it, at times. During all hearings, James has been provided ample opportunities to act as counsel for himself. He has always exercised that right.

James' accusations that Mr. Neel has been ineffective in his standby or co-counsel role are simply without merit. Viewed from the Court's perspective, Mr. Neel has provided excellent representation to James since his appointment.

For reasons unknown to the Court, James does not seem to want a trial date. His dilatory actions have dragged this matter out for over a year and a half. He has filed an abundance of motions, some with merit, and many without. James' motion to replace Mr. Neel as standby and co-counsel [DN 169] is DENIED. Mr. Neel shall remain as standby counsel, and James shall retain his *pro se* status of representation.

IT IS SO ORDERED.

CC: Counsel of Record
Kenyatta James, *pro se*