UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO: 3:15-CR-00049-TBR

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.

KENYATTA TYRONE JAMES                                                  DEFENDANT

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on *pro se* Defendant Kenyatta James' Motion to Appoint Counsel. [DN 297.] The United States has not responded and the time to do so has passed. As such, this matter is ripe for adjudication. For the reasons that follow, Defendant's Motion to Appoint Counsel [DN 297] is **DENIED.**

**LEGAL STANDARD AND DISCUSSION**

Defendant pleaded guilty to possession of a firearm by a convicted felon on March 27, 2017. [DN 237.] Defendant was sentenced to 63 months of imprisonment. [DN 265.] James appealed this Court's denial of an earlier filed motion to suppress, but it was affirmed by the Sixth Circuit Court of Appeals. [DN 295.] In November 2019, Defendant filed the Motion to Appoint Counsel presently before the Court.

In his motion, Defendant is anticipating seeking post-conviction relief in light of the Supreme Court's ruling in *Rehaif v. United States,* 139 S. Ct. 2191 (2019). "A federal prisoner who seeks to make a collateral post-conviction motion challenging the legality or validity of his judgment of conviction and sentence ordinarily is required to make a timely motion for relief

pursuant to 28 U.S.C. §2255." *United States v. Wooden,* 2008 U.S. Dist. LEXIS 101769, at *1 (E.D. Tenn. Nov. 26, 2008) (citing *United States v. Peterman,* 249 F.3d 458, 461 (6th Cir. 2001)). A district court may appoint representation once a defendant seeks post-conviction relief if the defendant is financially eligible and the interests of justice require. 18 U.S.C. §3006A(a)(2). Nonetheless, there is no "right under the Constitution or any other federal law to have the Court appoint counsel at government expense to assist [a defendant] in preparing a 28 U.S.C. §2255 motion that he hopes to file in the future." *Wooden,* 2008 U.S. Dist. LEXIS 101769 at *2.

Here, Defendant has not filed a 28 U.S.C. §2255 motion. Therefore, this motion is premature. For the above stated reasons, **IT IS HEREBY ORDERED** that Defendant's Motion to Appoint Counsel [DN 297] is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Thomas B. Russell, Senior Judge
United States District Court

January 7, 2020

cc: Kenyatta T. James
06937-033
ALLENWOOD MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 2000
White Deer, PA 177887-2000
PRO SE